# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs. NO. 4:07CR00110 SWW

TORY DANIELLE WADE

### ORDER

The above entitled cause came on for hearing on the government's motion to revoke defendant's conditions of supervised release previously granted in the United States District Court for the Eastern District of Arkansas. Upon the basis of statements on the record, the Court found that the revocation hearing should be continued.

IT IS THEREFORE ORDERED that the hearing on the government's motion to revoke defendant's supervised release is continued for a period of 90 days to see how defendant will comply with the conditions of his supervised release.

Defendant is to continue to be under supervision and is reminded that he shall comply with and abide by all of the conditions of his supervised release. If defendant violates the conditions of his supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

The hearing on the issue of revocation of supervised release in this matter hereby is continued until *1:00 P.M. on FRIDAY, DECEMBER 14, 2012*, in Room #389, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.

IT IS SO ORDERED this 14th day of September 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE